PER CURIAM.

Richard H. Josey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Josey v. Rushton,* No. CA–00–547–7 (D.S.C. filed Mar. 15, 2001; entered Mar. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

PER CURIAM.

On May 29, 2001, Robert Puckett filed a petition for a writ of mandamus requesting that this court direct the district court to enter a ruling in his 28 U.S.C.A. § 2255 (West Supp.2001), motion filed on September 9, 1999. The district court entered an order in the § 2255 proceeding on August 28, 2001. Because the district court has recently acted on Puckett's petition, we find no unreasonable delay. Thus, mandamus relief is not warranted. Accordingly, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

**In re Robert William PUCKETT, Petitioner.**

No. 01–6889.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 25, 2001.

Decided Oct. 18, 2001.

Robert William Puckett, pro se.

Before WIDENER, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Victor Adeniyi ALADEKOBA, Defendant–Appellant.**

No. 01–7055.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 18, 2001.